UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULF COAST BANK AND TRUST COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>BOA LOGISTICS LLC, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-02684-FLA (MBKx)<br><br>**JUDGMENT** |

1

Pursuant to the court's Order granting Plaintiff Gulf Coast Bank & Trust Company's ("Plaintiff") Motion for Default Judgment against Defendant Boa Logistics LLC ("Defendant") (Dkt. 24), now, therefore, it is hereby ADJUDGED, ORDERED and DECREED that judgment is entered in favor of Plaintiff, as follows:

1. Against Defendant as to all claims for relief in the total sum of $598,127.08, which includes the unpaid invoice balance in the amount of $510,223.80, prejudgment interest in the amount of $73,344.88, attorney's fees in the amount of $13,804.48, and costs in the amount of $753.92. Post-judgment interest shall accrue as provided by law.

IT IS SO ORDERED.

Dated: July 2, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2